# United States Bankruptcy Court
### District of Colorado

In re **Mark Anthony Romero**

Debtor(s)

Case No. _____

Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Mark Anthony Romero**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **September 27, 2022**       Signature **/s/ Mark Anthony Romero**
                                             **Mark Anthony Romero**
                                             Debtor

Earnings Statement for Mark A Romero

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200
1-800-LEPRINO

Location: Fort Morgan, CO
Cost Center: FTM STRING

Fed Allow: M-00
State Allow: S-00

Employee Number: 82208
Payment Date: 08/30/2022
Pay Period: 08/30/2022-08/30/2022
Chq/Adv No: 0008220801178001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 158.30 | | 53.94- | | 104.36 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | | | | 23,393.50 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| Incentive Bonus | | | 158.30 | 907.40 |
| Sick Pay | | | | 896.80 |
| C19 Pay | | | | 755.20 |
| Holiday | | | | 755.20 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | | | | 74.07 |
| Overtime 1.0 | | | | 41.30 |
| Overtime Premium | | | | 20.71 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | 158.30 | 31,791.47 |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | | 330.48 |
| **Total Imputed Earnings** | 0.00 | 330.48 |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | | 771.62 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | | 1,521.50- |
| Pre-Tax Dental | | 140.08- |
| Pre-Tax Vision | | 122.40- |
| 401k Deferral | | 1,543.12- |
| **Total pre-tax deductions** | | 3,327.10- |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 158.30 | 28,771.95 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 34.83- | 2,435.13- |
| Social Security | 9.81- | 1,879.53- |
| Medicare | 2.30- | 439.57- |
| CO Withholding | 7.00- | 1,187.00- |
| **Total Tax Deductions** | 53.94- | 5,941.23- |

| Other Deductions | Current | YTD |
|---|---|---|
| Employee Cheese | | 24.00- |
| 401(k)/PS Loan | | 904.72- |
| **Total Other Deductions** | | 928.72- |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 104.36 |

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200
1-800-LEPRINO

Location: Fort Morgan, CO
Cost Center: FTM STRING

Fed Allow: M-00
State Allow: S-00

Employee Number: 82208
Payment Date: 08/26/2022
Pay Period: 08/14/2022-08/20/2022
Chq/Adv No: 0008220801177001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 964.85 | 100.71- | 173.50- | 38.66- | 651.98 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 40.00 | 23.6000 | 944.00 | 23,393.50 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| Sick Pay | | | | 896.80 |
| C19 Pay | | | | 755.20 |
| Holiday | | | | 755.20 |
| Incentive Bonus | | | | 749.10 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | 6.25 | | 3.13 | 74.07 |
| Overtime 1.0 | 0.50 | 23.6000 | 11.80 | 41.30 |
| Overtime Premium | 0.50 | 11.8400 | 5.92 | 20.71 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | 964.85 | 31,633.17 |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | 9.72 | 330.48 |
| **Total Imputed Earnings** | 9.72 | 330.48 |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | 24.12 | 771.62 |

| Leave Type | Current Balance (In hours) |
|---|---|
| Sick Balance | 5.00 |
| Vacation Balance | 24.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | 44.75- | 1,521.50- |
| Pre-Tax Dental | 4.12- | 140.08- |
| Pre-Tax Vision | 3.60- | 122.40- |
| 401k Deferral | 48.24- | 1,543.12- |
| **Total pre-tax deductions** | 100.71- | 3,327.10- |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 873.86 | 28,613.65 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 66.96- | 2,400.30- |
| Social Security | 57.17- | 1,869.72- |
| Medicare | 13.37- | 437.27- |
| CO Withholding | 36.00- | 1,180.00- |
| **Total Tax Deductions** | 173.50- | 5,887.29- |

| Other Deductions | Current | YTD |
|---|---|---|
| 401(k)/PS Loan | 38.66- | 904.72- |
| Employee Cheese | | 24.00- |
| **Total Other Deductions** | 38.66- | 928.72- |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 651.98 |

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200        Location: Fort Morgan, CO        Fed Allow: M-00
1-800-LEPRINO               Cost Center: FTM STRING          State Allow: S-00

Employee Number: 82208
Payment Date: 08/19/2022
Pay Period: 08/07/2022-08/13/2022
Chq/Adv No: 0008220801176001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 923.53 | 98.65- | 163.63- | 38.66- | 622.59 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 39.00 | 23.6000 | 920.40 | 22,449.50 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| Sick Pay | | | | 896.80 |
| C19 Pay | | | | 755.20 |
| Holiday | | | | 755.20 |
| Incentive Bonus | | | | 749.10 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | 6.25 | | 3.13 | 70.94 |
| Overtime 1.0 | | | | 29.50 |
| Overtime Premium | | | | 14.79 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | 923.53 | 30,668.32 |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | 9.72 | 320.76 |
| **Total Imputed Earnings** | 9.72 | 320.76 |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | 23.09 | 747.50 |

| Leave Type | Current Balance (In hours) |
|---|---|
| Sick Balance | 4.00 |
| Vacation Balance | 24.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | 44.75- | 1,476.75- |
| Pre-Tax Dental | 4.12- | 135.96- |
| Pre-Tax Vision | 3.60- | 118.80- |
| 401k Deferral | 46.18- | 1,494.88- |
| **Total pre-tax deductions** | 98.65- | 3,226.39- |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 834.60 | 27,739.79 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 62.25- | 2,333.34- |
| Social Security | 54.61- | 1,812.55- |
| Medicare | 12.77- | 423.90- |
| CO Withholding | 34.00- | 1,144.00- |
| **Total Tax Deductions** | 163.63- | 5,713.79- |

| Other Deductions | Current | YTD |
|---|---|---|
| 401(k)/PS Loan | 38.66- | 866.06- |
| Employee Cheese | | 24.00- |
| **Total Other Deductions** | 38.66- | 890.06- |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 622.59 |

*Paid every week* (handwritten)

# Earnings Statement for Mark A Romero

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200
1-800-LEPRINO

Location: Fort Morgan, CO
Cost Center: FTM STRING

Fed Allow: M-00
State Allow: S-00

Employee Number: 82208
Payment Date: 08/12/2022
Pay Period: 07/31/2022-08/06/2022
Chq/Adv No: 0008220801175001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 947.13 | 99.83- | 169.12- | 46.66- | 631.52 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 40.00 | 23.6000 | 944.00 | 21,529.10 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| Sick Pay | | | | 896.80 |
| C19 Pay | | | | 755.20 |
| Holiday | | | | 755.20 |
| Incentive Bonus | | | | 749.10 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | 6.25 | | 3.13 | 67.81 |
| Overtime 1.0 | | | | 29.50 |
| Overtime Premium | | | | 14.79 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | 947.13 | 29,744.79 |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | 9.72 | 311.04 |
| **Total Imputed Earnings** | 9.72 | 311.04 |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | 23.68 | 724.41 |

| Leave Type | Current Balance (In hours) |
|---|---|
| Sick Balance | 2.00 |
| Vacation Balance | 24.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | 44.75- | 1,432.00- |
| Pre-Tax Dental | 4.12- | 131.84- |
| Pre-Tax Vision | 3.60- | 115.20- |
| 401k Deferral | 47.36- | 1,448.70- |
| **Total pre-tax deductions** | 99.83- | 3,127.74- |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 857.02 | 26,905.19 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 64.94- | 2,271.09- |
| Social Security | 56.07- | 1,757.94- |
| Medicare | 13.11- | 411.13- |
| CO Withholding | 35.00- | 1,110.00- |
| **Total Tax Deductions** | 169.12- | 5,550.16- |

| Other Deductions | Current | YTD |
|---|---|---|
| Employee Cheese | 8.00- | 24.00- |
| 401(k)/PS Loan | 38.66- | 827.40- |
| **Total Other Deductions** | 46.66- | 851.40- |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 631.52 |

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200   Location: Fort Morgan, CO        Fed Allow: M-00
1-800-LEPRINO           Cost Center: FTM STRING          State Allow: S-00

Employee Number: 82208
Payment Date: 08/05/2022
Pay Period: 07/24/2022-07/30/2022
Chq/Adv No: 0008220801174001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 757.70 | 90.36- | 125.04- | 38.66- | 503.64 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 32.00 | 23.6000 | 755.20 | 20,585.10 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| Sick Pay | | | | 896.80 |
| C19 Pay | | | | 755.20 |
| Holiday | | | | 755.20 |
| Incentive Bonus | | | | 749.10 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | 5.00 | | 2.50 | 64.68 |
| Overtime 1.0 | | | | 29.50 |
| Overtime Premium | | | | 14.79 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | **757.70** | **28,797.66** |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | 9.72 | 301.32 |
| **Total Imputed Earnings** | **9.72** | **301.32** |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | 18.95 | 700.73 |

| Leave Type | Current Balance (In hours) |
|---|---|
| Sick Balance | 1.00 |
| Vacation Balance | 24.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | 44.75- | 1,387.25- |
| Pre-Tax Dental | 4.12- | 127.72- |
| Pre-Tax Vision | 3.60- | 111.60- |
| 401k Deferral | 37.89- | 1,401.34- |
| **Total pre-tax deductions** | **90.36-** | **3,027.91-** |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 677.06 | 26,048.17 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 43.34- | 2,206.15- |
| Social Security | 44.33- | 1,701.87- |
| Medicare | 10.37- | 398.02- |
| CO Withholding | 27.00- | 1,075.00- |
| **Total Tax Deductions** | **125.04-** | **5,381.04-** |

| Other Deductions | Current | YTD |
|---|---|---|
| 401(k)/PS Loan | 38.66- | 788.74- |
| Employee Cheese | | 16.00- |
| **Total Other Deductions** | **38.66-** | **804.74-** |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 503.64 |

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200   Location: Fort Morgan, CO   Fed Allow: M-00
1-800-LEPRINO   Cost Center: FTM STRING   State Allow: S-00

Employee Number: 82208
Payment Date: 07/29/2022
Pay Period: 07/17/2022-07/23/2022
Chq/Adv No: 0008220801171001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 639.08 | 84.42- | 99.06- | 38.66- | 416.94 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 20.00 | 23.6000 | 472.00 | 19,829.90 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| Sick Pay | 7.00 | 23.6000 | 165.20 | 896.80 |
| C19 Pay | | | | 755.20 |
| Holiday | | | | 755.20 |
| Incentive Bonus | | | | 749.10 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | 3.75 | | 1.88 | 62.18 |
| Overtime 1.0 | | | | 29.50 |
| Overtime Premium | | | | 14.79 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | 639.08 | 28,039.96 |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | 9.72 | 291.60 |
| **Total Imputed Earnings** | 9.72 | 291.60 |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | 15.98 | 681.78 |

| Leave Type | Current Balance (In hours) |
|---|---|
| Sick Balance | 0.00 |
| Vacation Balance | 24.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | 44.75- | 1,342.50- |
| Pre-Tax Dental | 4.12- | 123.60- |
| Pre-Tax Vision | 3.60- | 108.00- |
| 401k Deferral | 31.95- | 1,363.45- |
| **Total pre-tax deductions** | 84.42- | 2,937.55- |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 564.38 | 25,371.11 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 31.44- | 2,162.81- |
| Social Security | 36.97- | 1,657.54- |
| Medicare | 8.65- | 387.65- |
| CO Withholding | 22.00- | 1,048.00- |
| **Total Tax Deductions** | 99.06- | 5,256.00- |

| Other Deductions | Current | YTD |
|---|---|---|
| 401(k)/PS Loan | 38.66- | 750.08- |
| Employee Cheese | | 16.00- |
| **Total Other Deductions** | 38.66- | 766.08- |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 416.94 |

Case:22-13746-JGR Doc#:7 Filed:09/29/22 Entered:09/29/22 07:44:27 Page8 of 12

**Earnings Statement for Mark A Romero**

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200  Location: Fort Morgan, CO  Fed Allow: M-00
1-800-LEPRINO  Cost Center: FTM STRING  State Allow: S-00

Employee Number: 82208
Payment Date: 07/26/2022
Pay Period: 07/26/2022-07/26/2022
Chq/Adv No: 0008220801169001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 65.82 | | 22.51- | | 43.31 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | | | | 19,357.90 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| C19 Pay | | | | 755.20 |
| Holiday | | | | 755.20 |
| Incentive Bonus | | | 65.82 | 749.10 |
| Sick Pay | | | | 731.60 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | | | | 60.30 |
| Overtime 1.0 | | | | 29.50 |
| Overtime Premium | | | | 14.79 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | **65.82** | **27,400.88** |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | | 281.88 |
| Total Imputed Earnings | 0.00 | 281.88 |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | | 665.80 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | | 1,297.75- |
| Pre-Tax Dental | | 119.48- |
| Pre-Tax Vision | | 104.40- |
| 401k Deferral | | 1,331.50- |
| Total pre-tax deductions | | 2,853.13- |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 65.82 | 24,806.73 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 14.48- | 2,131.37- |
| Social Security | 4.08- | 1,620.57- |
| Medicare | 0.95- | 379.00- |
| CO Withholding | 3.00- | 1,026.00- |
| **Total Tax Deductions** | **22.51-** | **5,156.94-** |

| Other Deductions | Current | YTD |
|---|---|---|
| Employee Cheese | | 16.00- |
| 401(k)/PS Loan | | 711.42- |
| Total Other Deductions | | 727.42- |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 43.31 |

**Earnings Statement for Mark A Romero**

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200      Location:  Fort Morgan, CO       Fed Allow: M-00
1-800-LEPRINO             Cost Center: FTM STRING          State Allow: S-00

Employee Number: 82208
Payment Date: 07/22/2022
Pay Period: 07/10/2022-07/16/2022
Chq/Adv No:  0008220801168001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 947.13 | 99.83- | 169.12- | 38.66- | 639.52 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 40.00 | 23.6000 | 944.00 | 19,357.90 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| C19 Pay | | | | 755.20 |
| Holiday | | | | 755.20 |
| Sick Pay | | | | 731.60 |
| Incentive Bonus | | | | 683.28 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | 6.25 | | 3.13 | 60.30 |
| Overtime 1.0 | | | | 29.50 |
| Overtime Premium | | | | 14.79 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | 947.13 | 27,335.06 |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | 9.72 | 281.88 |
| **Total Imputed Earnings** | 9.72 | 281.88 |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | 23.68 | 665.80 |

| Leave Type | Current Balance (In hours) |
|---|---|
| Sick Balance | 6.00 |
| Vacation Balance | 24.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | 44.75- | 1,297.75- |
| Pre-Tax Dental | 4.12- | 119.48- |
| Pre-Tax Vision | 3.60- | 104.40- |
| 401k Deferral | 47.36- | 1,331.50- |
| **Total pre-tax deductions** | 99.83- | 2,853.13- |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 857.02 | 24,740.91 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 64.94- | 2,116.89- |
| Social Security | 56.07- | 1,616.49- |
| Medicare | 13.11- | 378.05- |
| CO Withholding | 35.00- | 1,023.00- |
| **Total Tax Deductions** | 169.12- | 5,134.43- |

| Other Deductions | Current | YTD |
|---|---|---|
| 401(k)/PS Loan | 38.66- | 711.42- |
| Employee Cheese | | 16.00- |
| **Total Other Deductions** | 38.66- | 727.42- |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 639.52 |

# Earnings Statement for Mark A Romero

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200
1-800-LEPRINO

Location: Fort Morgan, CO
Cost Center: FTM STRING

Fed Allow: M-00
State Allow: S-00

Employee Number: 82208
Payment Date: 07/15/2022
Pay Period: 07/03/2022-07/09/2022
Chq/Adv No: 0008220801167001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 928.80 | 98.91- | 165.64- | 38.66- | 625.59 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 31.25 | 23.6000 | 737.50 | 18,413.90 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| Holiday | 8.00 | 23.6000 | 188.80 | 755.20 |
| C19 Pay | | | | 755.20 |
| Sick Pay | | | | 731.60 |
| Incentive Bonus | | | | 683.28 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | 5.00 | | 2.50 | 57.17 |
| Overtime 1.0 | | | | 29.50 |
| Overtime Premium | | | | 14.79 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | **928.80** | **26,387.93** |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | 9.72 | 272.16 |
| **Total Imputed Earnings** | **9.72** | **272.16** |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | 23.22 | 642.12 |

| Leave Type | Current Balance (In hours) |
|---|---|
| Sick Balance | 5.00 |
| Vacation Balance | 24.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | 44.75- | 1,253.00- |
| Pre-Tax Dental | 4.12- | 115.36- |
| Pre-Tax Vision | 3.60- | 100.80- |
| 401k Deferral | 46.44- | 1,284.14- |
| **Total pre-tax deductions** | **98.91-** | **2,753.30-** |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 839.61 | 23,883.89 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 62.85- | 2,051.95- |
| Social Security | 54.94- | 1,560.42- |
| Medicare | 12.85- | 364.94- |
| CO Withholding | 35.00- | 988.00- |
| **Total Tax Deductions** | **165.64-** | **4,965.31-** |

| Other Deductions | Current | YTD |
|---|---|---|
| 401(k)/PS Loan | 38.66- | 672.76- |
| Employee Cheese | | 16.00- |
| **Total Other Deductions** | **38.66-** | **688.76-** |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 625.59 |

# Earnings Statement for Mark A Romero

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200
1-800-LEPRINO

Location: Fort Morgan, CO
Cost Center: FTM STRING

Fed Allow: M-00
State Allow: S-00

Employee Number: 82208
Payment Date: 07/08/2022
Pay Period: 06/26/2022-07/02/2022
Chq/Adv No: 0008220801166001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 947.13 | 99.83- | 169.12- | 38.66- | 639.52 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 40.00 | 23.6000 | 944.00 | 17,676.40 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| C19 Pay | | | | 755.20 |
| Sick Pay | | | | 731.60 |
| Incentive Bonus | | | | 683.28 |
| Holiday | | | | 566.40 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | 6.25 | | 3.13 | 54.67 |
| Overtime 1.0 | | | | 29.50 |
| Overtime Premium | | | | 14.79 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | **947.13** | **25,459.13** |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | 9.72 | 262.44 |
| **Total Imputed Earnings** | **9.72** | **262.44** |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | 23.68 | 618.90 |

| Leave Type | Current Balance (In hours) |
|---|---|
| Sick Balance | 3.00 |
| Vacation Balance | 24.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | 44.75- | 1,208.25- |
| Pre-Tax Dental | 4.12- | 111.24- |
| Pre-Tax Vision | 3.60- | 97.20- |
| 401k Deferral | 47.36- | 1,237.70- |
| **Total pre-tax deductions** | **99.83-** | **2,654.39-** |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 857.02 | 23,044.28 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 64.94- | 1,989.10- |
| Social Security | 56.07- | 1,505.48- |
| Medicare | 13.11- | 352.09- |
| CO Withholding | 35.00- | 953.00- |
| **Total Tax Deductions** | **169.12-** | **4,799.67-** |

| Other Deductions | Current | YTD |
|---|---|---|
| 401(k)/PS Loan | 38.66- | 634.10- |
| Employee Cheese | | 16.00- |
| **Total Other Deductions** | **38.66-** | **650.10-** |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 639.52 |

## Earnings Statement for Mark A Romero

**Leprino Foods Company**
1830 West 38th Avenue
Denver CO 80211-2200
1-800-LEPRINO

Location: Fort Morgan, CO
Cost Center: FTM STRING

Fed Allow: M-00
State Allow: S-00

Employee Number: 82208
Payment Date: 07/01/2022
Pay Period: 06/19/2022-06/25/2022
Chq/Adv No: 0008220801163001

| Total Earnings | Pre-Tax Deductions | Tax Deductions | Other Deductions | Net Pay |
|---|---|---|---|---|
| 947.13 | 99.83- | 169.13- | 38.66- | 639.51 |

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 40.00 | 23.6000 | 944.00 | 16,732.40 |
| Vacation | | | | 2,265.60 |
| Short Term Disability | | | | 2,115.04 |
| C19 Pay | | | | 755.20 |
| Sick Pay | | | | 731.60 |
| Incentive Bonus | | | | 683.28 |
| Holiday | | | | 566.40 |
| Bereavement | | | | 566.40 |
| Shift Diff .50 | 6.25 | | 3.13 | 51.54 |
| Overtime 1.0 | | | | 29.50 |
| Overtime Premium | | | | 14.79 |
| OT / DT Recalc | | | | 0.25 |
| **Total Earnings** | | | **947.13** | **24,512.00** |

| Imputed Earnings | Current | YTD |
|---|---|---|
| Group Term Life | 9.72 | 252.72 |
| **Total Imputed Earnings** | **9.72** | **252.72** |

| Employer Contribution | Current | YTD |
|---|---|---|
| 401K/Roth Match | 23.68 | 595.22 |

| Leave Type | Current Balance (In hours) |
|---|---|
| Sick Balance | 2.00 |
| Vacation Balance | 24.00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| Pre-Tax Medical/PPO | 44.75- | 1,163.50- |
| Pre-Tax Dental | 4.12- | 107.12- |
| Pre-Tax Vision | 3.60- | 93.60- |
| 401k Deferral | 47.36- | 1,190.34- |
| **Total pre-tax deductions** | **99.83-** | **2,554.56-** |

| Taxable Earnings | Current | YTD |
|---|---|---|
| Taxable Earnings | 857.02 | 22,187.26 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Fed Income Tax | 64.94- | 1,924.16- |
| Social Security | 56.07- | 1,449.41- |
| Medicare | 13.12- | 338.98- |
| CO Withholding | 35.00- | 918.00- |
| **Total Tax Deductions** | **169.13-** | **4,630.55-** |

| Other Deductions | Current | YTD |
|---|---|---|
| 401(k)/PS Loan | 38.66- | 595.44- |
| Employee Cheese | | 16.00- |
| **Total Other Deductions** | **38.66-** | **611.44-** |

| Pay Method | Acc Number | Amount |
|---|---|---|
| Direct Deposit | ***5003 | 639.51 |