Certificate Number: 14912-CO-DE-036884736

Bankruptcy Case Number: 22-13746



14912-CO-DE-036884736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2022, at 4:52 o'clock PM EDT, Mark Romero completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date:  October 6, 2022           By:     /s/Jai Bhatt

                                 Name:   Jai Bhatt

                                 Title:  Counselor