Certificate Number: 14912-CO-DE-036884736

Bankruptcy Case Number: 22-13746



14912-CO-DE-036884736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 6, 2022</u>, at <u>4:52</u> o'clock <u>PM EDT</u>, <u>Mark Romero</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date:  <u>October 6, 2022</u>　　　　By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>