IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MARK ANTHONY ROMERO | CASE: 22-13746EEB |
| DEBTOR | |

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. Pursuant to the Proofs of Claim filed by the Internal Revenue Service and the Colorado Department of Revenue, the 2018 priority tax return has not been provided to the taxing authorities. Debtor's Plan should not be confirmed, pursuant to 11 U.S.C. §§ 1322(a), 1325(a)(1), 1325(a)(3), 1325(a)(6), and 1325(a)(9). Debtor's case is subject to dismissal pursuant to 11 U.S.C. §§ 1307(e) and 1308(a).

2. The Chapter 13 Plan does not fully treat the priority claim of the Internal Revenue Service. 11 U.S.C. § 1322(a)(2).

3. The Plan contains a mathematical error in that Line 3.1(E) is less than the total of the foregoing Lines (A) through (D). The Trustee's Fee and Total Debt are accordingly understated. The Plan is not feasible, as the schedule of payments in Part 4.1 does not fund all amounts provided for in the Plan. 11 U.S.C. § 1325(a)(6).

4. The Trustee requests documentation to confirm that Debtor is entitled to claim an exemption under Colo. Rev. Stat. § 13-54-102(1)(s) in the amount of $75,000.00 with respect to "Interest in debtor spouse's 401k which is to be rolled over into debtor's 401k via a QDRO." 11 U.S.C. § 1325(a)(6).

The Trustee reserves the right to amend his objection and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

November 21, 2022                    Respectfully submitted,

        s/Jennifer K. Cruseturner
        Jennifer K. Cruseturner, #44452
        Attorney for Chapter 13 Trustee,
        Adam M. Goodman
        P.O. Box 1169
        Denver, CO 80201-1169
        (303) 830-1971
        FAX (303) 830-1973
        jcruseturner@ch13colorado.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on November 21, 2022 addressed as follows:

MARK ANTHONY ROMERO
937 DIANA ST.
FORT MORGAN, CO 80701

ANDREW F MCKENNA ESQ
VIA CM/ECF

\s\ kmp
Chapter 13 Trustee Staff Member