| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | | |
| Debtor 1: | Mark | Anthony | Romero | Case #: 22-13746-EEB |
| | First Name | Middle Name | Last Name | |
| Debtor 2: | | | | Chapter: 13 |
| | First Name | Middle Name | Last Name | |

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

**Complete applicable sections and check applicable boxes.**

### Part 1  Report

The debtor submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtor filed for chapter 13 relief on September 29, 2022. The debtor attended the 11 U.S.C. § 341(a) Meeting of Creditors on November 16, 2022.

### Part 2  Notice and Service Date

The last plan to be noticed and served was dated September 29, 2022 at docket no. 2.
List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
|  |  |  |

### Part 3  Objections

☐  No objections have been filed to the last plan.

**X**  The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | 15 |
|  |  |

AND

X The debtor complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Part 4  Summary of Objections

| Objection | Debtor's response |
|---|---|
| **Chapter 13 Trustee, docket 15** | **Chapter 13 Trustee, docket 15** |

| | |
|---|---|
| 1. The 2018 priority tax return has not been provided to the tax authorities. Debtor's Plan should not be confirmed, | 1. Debtor has provided his 2018 tax returns to the taxing authorities. Debtor notes that the Colorado Department of Revenue has amended its claim (claim # 3-2) resolving the objection based on claim # 3-1. |
| 2. The Chapter 13 Plan does not fully treat the priority claim of the Internal Revenue Service. | 2. Debtors anticipated amended plan shall provide for the priority claims of the claims of the Colorado Department of Revenue and the Internal Revenue Service in full. |
| 3. The Plan contains a mathematical error in that Line 3.1(E) is less than the total of the foregoing Lines (A) through (D). The Trustee's Fee and Total Debt are accordingly understated. The Plan is not feasible, as the schedule of payments in Part 4.1 does not fund all amounts provided for in the Plan. 11 U.S.C. § 1325(a)(6). | 3. Debtor's anticipated amended plan shall correct the mathematical error in that Line 3.1(E) is less than the total of the foregoing Lines (A) through (D). |
| 4. The Trustee requests documentation to confirm that Debtor is entitled to claim an exemption under Colo. Rev. Stat. § 13-54-102(1)(s) in the amount of $75,000.00 with respect to "Interest in debtor spouse's 401k which is to be rolled over into debtor's 401k via a QDRO." 11 U.S.C. § 1325(a)(6). | 4. Debtor shall amend his schedule B and C to fully disclose any and all property interest in his marital estate arising from the pending divorce (the value of which is unknown at this time) that may include a spousal support claim and an interest in his spouses 401k funds. Debtor shall amend Schedule C to exempt his claim to spousal support only and will specifically exclude any exemption claim with respect to any interest in his spouse's 401k funds. Further, Debtor's anticipated amended plan shall provide that within 30 days of the family court entering its divorce decree in debtor's pending divorce proceeding, debtor shall provide a copy of the divorce decree to the Trustee and amend his schedules accordingly to capture any additional disposable income and if necessary to modify his plan. |

| Part 5 | Resolution of Objections by Amended Plan |
|---|---|

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

a.  Filing of Amended Plan.

   The debtor already has filed an amended plan, dated _____ at docket no. ____. The amended plan makes the following changes: Debtor's Amended Plan shall:

   **X**   The debtor intends to file an amended plan before any applicable deadlines.  The anticipated amended plan will make the following changes:  **as stated in section Part 4 above. Further, the amended plan shall not decrease distribution to Class IV creditors.**

b.  Treatment of Objections by Amended Plan.

   The amended plan is intended to resolve all of the objections filed;

   **X** The anticipated amended plan shall be intended to resolve only certain objections as described:

   1.  **Chapter 13 Trustee, docket 15**

c.  Notice of Amended Plan:

   Notice to all creditors:  the debtor contends notice of the amended plan must be served on the chapter 13 trustee and all creditors and parties in interest.

   **X**  Request to limit notice:  the debtor requests notice of the amended plan be limited for the following reasons: **anticipated amended plan shall not decrease the distribution to Class IV creditors and does not otherwise detrimentally affect any interested parties.**
   _____
   **[explain reason for limiting notice and list the parties proposed to receive notice]**.

   Request to waive notice:  the debtor requests notice of the amended plan be waived for the following reasons:
   _____
   **[explain reason for waiving notice]**.

d.  Objection Time Period for Amended Plan:

   Objection deadline pursuant to Fed. R. Bankr. P. 2002(b):  the debtor contends notice of the amended plan should be for the full objection period set forth in Fed. R. Bankr. P. 2002(b).
   **X**   Request to shorten objection time period:  the debtor requests the objection period set forth in Fed. R. Bankr. P. 2002(b) be shortened to **14 [#]** days:
   _____
   **[explain reason for shortening objection period]**.

   ☐

## Part 6  Resolution of Objections by Judicial Determination

**Use this section if the debtor intends to resolve the objection(s) by judicial determination without an amended plan.**

   ☐  The debtor requests judicial determination of all outstanding objections;
   ☐  The debtor requests judicial determination of only certain objections raising the following outstanding issues:

   1.  **[List issue]** _____
   2.  **[List issue]** _____

☐ The hearing will require presentation of evidence. The debtor anticipates the court time necessary to determine this contested matter will be _____ **[#]** hours. The debtor anticipates _____ **[#]** witnesses will be called to testify.
☐ The hearing will require legal argument only.

### Part 7  Other Information of Status of Case

**[Provide any other information on the status of the case and confirmation issues that the debtor wishes to bring**

_____

### Part 8  Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: November 30, 2022

By: */s/Andrew F. McKenna*
Signature of Attorney
Law Offices of Andrew F. McKenna, P.C.
Bar Number: 32348
Mailing Address: 7350 East Progress Place, #100
Greenwood Village, CO 80111
Telephone number: 303-730-8819
E-mail address: amckenna@afmlaw.net