UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

**Mark Anthony Romero**,

Debtor(s).

Bankruptcy Case No 22-13746-EEB

Chapter 13

### ORDER REGARDING DEBTOR'S CONFIRMATION STATUS REPORT

THIS MATTER comes before the Court on Debtor(s) Confirmation Status Report filed with the Court on November 30, 2022. The Court, being advised in the premises

ORDERS that:

1. Confirmation of any other previously-filed Chapter 13 Plan is DENIED. All pending Objections to the foregoing are deemed moot. Any party desiring to object to an Amended Chapter 13 Plan must file a new Objection.

2. The hearing on confirmation currently scheduled for December 7, 2022 at 1:30 p.m. is VACATED.

3. The Court will conduct a hearing on a trailing docket on Debtor's/s' Amended Chapter 13 Plan on **January 25, 2023 at 1:30 p.m. in Courtroom F**, United States Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. Parties who have fully complied with the requirements of L.B.R. 3015-1 may appear telephonically. Parties wishing to appear telephonically shall call the court at 1-833-568-8864 or 1-833-435-1820 immediately prior to the time of the scheduled hearing. Enter the Meeting ID: 160 929 3959, followed by the # sign, then press # again if prompted to enter a participant ID.

4. The Debtor(s) shall file and serve an amended plan and notice in substantial conformity with L.B.F. 3015-1.2 and shall serve such notice, along with a copy of the Amended Chapter 13 Plan, **on or before December 21, 2022**. The deadline for objections **shall be January 4, 2023.** <u>The notice shall include information regarding how to participate in the hearing telephonically</u>. If Debtor(s) fail to timely file and serve the required documents, this case may be dismissed without further notice or hearing. The Amended Plan and Notice shall be served on the following:

    ☒ Chapter 13 Trustee
    ☒ Previous objectors, parties who have entered an appearance and/or requested notice in the case and any adversely affected parties.
    ☐ All creditors and interested parties
    ☒ Appropriate taxing authorities
    ☐ Others:

5. If objections are filed to the amended plan, the Debtor(s) shall file a confirmation status report, pursuant to Local Bankruptcy Rule 3015-1(e). If no objections are received to the amended Chapter 13 Plan, the Debtor(s) shall file a verification in compliance with Local Bankruptcy Rule 3015-1(d). **Either a verification or a confirmation status report must be filed on or before January 18, 2023, which is the <u>Wednesday</u> before the confirmation hearing.**

DATED: December 1, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge