United States Bankruptcy Court
District of Colorado

In re:     Case No. 22-13746-EEB
Mark Anthony Romero     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1
Date Rcvd: Dec 01, 2022     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

**Recip ID     Recipient Name and Address**
db     + Mark Anthony Romero, 937 Diana St., Fort Morgan, CO 80701-3527

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

**Name     Email Address**

Adam M Goodman
    mail@ch13colorado.com agoodman13@ecf.epiqsystems.com

Andrew F. McKenna
    on behalf of Debtor Mark Anthony Romero amckenna@afmlaw.net rwhiteparalegal@yahoo.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>**Mark Anthony Romero**,<br><br>Debtor(s). | Bankruptcy Case No 22-13746-EEB<br><br>Chapter 13 |

### ORDER REGARDING DEBTOR'S CONFIRMATION STATUS REPORT

THIS MATTER comes before the Court on Debtor(s) Confirmation Status Report filed with the Court on November 30, 2022. The Court, being advised in the premises

ORDERS that:

1. Confirmation of any other previously-filed Chapter 13 Plan is DENIED. All pending Objections to the foregoing are deemed moot. Any party desiring to object to an Amended Chapter 13 Plan must file a new Objection.

2. The hearing on confirmation currently scheduled for December 7, 2022 at 1:30 p.m. is VACATED.

3. The Court will conduct a hearing on a trailing docket on Debtor's/s' Amended Chapter 13 Plan on **January 25, 2023 at 1:30 p.m. in Courtroom F**, United States Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. Parties who have fully complied with the requirements of L.B.R. 3015-1 may appear telephonically. Parties wishing to appear telephonically shall call the court at 1-833-568-8864 or 1-833-435-1820 immediately prior to the time of the scheduled hearing. Enter the Meeting ID: 160 929 3959, followed by the # sign, then press # again if prompted to enter a participant ID.

4. The Debtor(s) shall file and serve an amended plan and notice in substantial conformity with L.B.F. 3015-1.2 and shall serve such notice, along with a copy of the Amended Chapter 13 Plan, **on or before December 21, 2022**. The deadline for objections **shall be January 4, 2023.** <u>The notice shall include information regarding how to participate in the hearing telephonically</u>. If Debtor(s) fail to timely file and serve the required documents, this case may be dismissed without further notice or hearing. The Amended Plan and Notice shall be served on the following:

    ☒ Chapter 13 Trustee
    ☒ Previous objectors, parties who have entered an appearance and/or requested notice in the case and any adversely affected parties.
    ☐ All creditors and interested parties
    ☒ Appropriate taxing authorities
    ☐ Others:

5. If objections are filed to the amended plan, the Debtor(s) shall file a confirmation status report, pursuant to Local Bankruptcy Rule 3015-1(e). If no objections are received to the amended Chapter 13 Plan, the Debtor(s) shall file a verification in compliance with Local Bankruptcy Rule 3015-1(d). **Either a verification or a confirmation status report must be filed on or before January 18, 2023, which is the <u>Wednesday</u> before the confirmation hearing.**

DATED: December 1, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge