| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Mark   Anthony   Romero<br>First Name   Middle Name   Last Name | Case #: | 22-13746-EEB |
| Debtor 2:<br>First Name   Middle Name   Last Name | Chapter: | 13 |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

**Part 1**  L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order

I certify that on **December 15, 2022** I served a complete copy of **Notice of Amendment of Petition, Lists, Schedules, Statements, qaand/ot Addition of Creditors and Amended Achedule B abd Amended Schedule C** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*Mark Anthony Romero, 937 Diana St, Fort Morgan, CO 80701*
*Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541*
*Adam M Goodman, Chapter 13 Trustee, PO Box 1169, Denver, CO 80201*
*US Trustee – VIA ECF*

**Part 3**  Signature

Dated: December 15, 2022,                                By: */s/Andrew F. McKenna*
                                                                         Signature
                                                                         Bar Number:  32348
                                                                         Law Offices of Andrew F. McKenna, P.C.
                                                                         7350 East Progress Place Ste 100
                                                                         Greenwood Village, CO 80111
                                                                         303-730-8819
                                                                         amckenna@afmlaw.net