| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Mark        Anthony        Romero<br>First Name    Middle Name    Last Name | Case #: | 22-13749-EEB |
| Debtor 2: _____<br>First Name    Middle Name    Last Name | Chapter: | 13 |

# Local Bankruptcy Form 9013-1.2
# Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

### Part 1   L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order

I certify that on **December 19, 2022**, I served a complete copy of **Notice of Filing of Chapter 13 Plan, Deadline for Fiing Objections Thereto, and Hearing on Confirmation and Amended Chapter 13 Plan** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*Mark Anthony Romero, 937 Diana St. Fort Morgan, CO 80701*
*Internal Revenue Service, Centralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114*
*Colorado Department of Revenue, Attn: Bankruptcy Dept Rm 104, I881 Pierce St, Lakewood, CO 80214*
*Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541*
*Adam M Goodman, Chapter 13 Trustee, PO Box 1169, Denver, CO 80201*
*US Trustee – VIA ECF*

### Part 3   Signature

Dated: December 19, 2022,

By: */s/Andrew F. McKenna*
    Signature
Bar Number:  32348
Law Offices of Andrew F. McKenna, P.C.
7350 East Progress Place Ste 100
Greenwood Village, CO 80111
303-730-8819
amckenna@afmlaw.net