| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Mark    Anthony    Romero<br>First Name   Middle Name   Last Name | Case #: | 22-13746-EEB |
| Debtor 2: <br>First Name   Middle Name   Last Name | Chapter: | 13 |

## Local Bankruptcy Form 3015-1.2
## Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation

**Complete applicable sections.**

### Part 1   Objection Deadline

Objection deadline: **January 4, 2023**

### Part 2   Notice

NOTICE IS HEREBY GIVEN that the debtor filed a Chapter 13 Plan on **December 19, 2022**. A copy of the Chapter 13 Plan is attached. A confirmation hearing on the debtor's plan has been set for **January 25, 2023** at **1:30 p.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **F,** Denver, Colorado 80202. Parties who have fully complied with this Order and with the requirements of L.B.R. 3015-1 may appear telephonically at the New Confirmation Hearing. Parties wishing to appear telephonically shall call the Court at **1-888-568-8864 or 1-833-435-1820**immediately prior to the time of the scheduled hearing. **Enter the Meeting ID: 160 929 3959**, **followed by the # sign, then press # again if prompted to enter a participant ID.** The Court strongly recommends use of a land line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call line in a timely manner may preclude your participation in the hearing.

The last day to file an Objection to the Plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of L.B.F. 3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

This Notice pertains only to the Chapter 13 Plan. Creditors should also review the Notice of Chapter 13 Bankruptcy Case for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

### Part 3   Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: December 19, 2022,                       By: */s/Andrew F. McKenna*
                                                Bar Number:  32348
                                                Law Offices of Andrew F. McKenna, P.C.
                                                7350 East Progress Place Ste 100
                                                Greenwood Village, CO 80111
                                                303-730-8819
                                                amckenna@afmlaw.net