United States Bankruptcy Court
District of Colorado

In re:  
Mark Anthony Romero  
    Debtor

Case No. 22-13746-EEB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 1  
Date Rcvd: Dec 19, 2022      Form ID: 216      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Romero, 937 Diana St., Fort Morgan, CO 80701-3527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2022 22:21:00 | IRS, 600 17th St., Stop 5027 DEN, Denver, CO 80202 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Goodman | mail@ch13colorado.com agoodman13@ecf.epiqsystems.com |
| Andrew F. McKenna | on behalf of Debtor Mark Anthony Romero amckenna@afmlaw.net rwhiteparalegal@yahoo.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

(COB #216 vodircmprules)(04/22)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado,

Case No. **22−13746−EEB**

In re: Mark Anthony Romero

    Debtor(s)

## ORDER DIRECTING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the Amended Schedule A/B and C, (the "Amendment,") filed by the Debtor at document no. 19,20. A review of the Amendment indicates provisions of the Fed. R. Bankr. P. and/or L.B.R. of this Court were not complied with:

[ ] L.B.R. 1009−1(a): Failure to file a complete document. Amended documents supercede all prior filings and may not merely state the new or changed items.

[ ] L.B.R. 1009−1(b): Failure to file a Notice of Amendment (L.B.F. 1009−1.1) indicating new or amended information.

[ ] L.B.R. 1009−1(c) and (d): Failure to properly serve the Amendment and file a certificate evidencing service on the trustee and any affected party. In addition to the requirements of 11 U.S.C. § 342(c)(1) and Fed. R. Bankr. P. 1009(a), upon the filing of any amendment adding creditors or parties in interest, L.B.R. 1009−1(c) requires service of the following documents:

   (1) the amended schedule;
   (2) the Notice of Amendment, L.B.F. 1009−1.1;
   (3) the Notice of Meeting of Creditors; and
   (4) any Notice of Possible Dividend or notice of a bar date for filing proofs of claim, along with a proof of claim form.

[ ] 28 U.S.C. § 1930: Failure to pay the appropriate fee for amendments to Schedules D or E/F, or additions to the list of creditors.

[ ] 11 U.S.C. § 521(a)(1)(A): Failure to amend the list of creditors and include those creditors whose debts have now been scheduled by the Debtor. Instructions on amending the list of creditors are available at https://www.cob.uscourts.gov/creating−list−creditors.

[ **XX** ] Fed. R. Bankr. P. 1008: Failure to file an unsworn declaration on the appropriate Official Form (Declaration About an Individual Debtor's Schedules Official Form 106Dec or Declaration Under Penalty of Perjury for Non−Individual Debtors Official Form B 202).

Therefore, IT IS ORDERED the Debtor must comply with this Order and the above−noted Rule(s) **within 14 days of this Order**. Failure to comply with this Order may impact the discharge of obligations owed to creditors by the Debtor who have not been given proper notice of the bankruptcy filing pursuant to 11 U.S.C. § 523(a)(3).

Information on local rules and forms is available at www.cob.uscourts.gov/local−rules.

Dated: 12/19/22                            BY THE COURT:

                                               s/ Elizabeth E. Brown
                                               United States Bankruptcy Judge