United States Bankruptcy Court
District of Colorado

In re: Case No. 22-13746-EEB
Mark Anthony Romero Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 3
Date Rcvd: Jan 12, 2023      Form ID: 100      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Romero, 937 Diana St., Fort Morgan, CO 80701-3527 |
| 19275936 | + | IR, Centralized Insolvency Operations, PO box 21126, Philadelphia, PA 19114-0326 |
| 19275937 | | Jennifer Romero, Fort Morgan, CO 80701 |
| 19282983 | + | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 19275943 | + | Office of Education, Student Loan Program, 50 United Nations Plazq, San Francisco, CA 94102-4918 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19293264 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2023 22:31:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19275923 | + | Email/PDF: bncnotices@becket-lee.com | Jan 12 2023 22:31:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 19275924 | + | Email/Text: acucollections@aventa.com | Jan 12 2023 22:27:00 | Aventa Credit Union, 2735 Dublin Road, Colorado Springs, CO 80918-1360 |
| 19275925 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 12 2023 22:27:00 | Barclays Bank Delaware, Attn Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 19275926 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2023 22:31:43 | Capital One, Attn Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 19284904 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2023 22:31:29 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19275930 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2023 22:31:33 | Citibank, Attn Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 19275931 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Jan 12 2023 22:31:33 | Colorado Department of Revenue, Attn Bankruptcy Dept Rm 104, I881 Pierce St, Lakewood, CO 80214 |
| 19275932 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2023 22:31:39 | Credit One Bank, Attn Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 19275934 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2023 22:27:00 | Internal Revenue Service, Centeralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114 |
| 19311153 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 12 2023 22:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 19275928 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2023 22:31:30 | Chase Card Services, Attn Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 19286402 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 12 2023 22:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| District/off: 1082-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 100 | Total Noticed: 24 |

| 19279286 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 22:31:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19275938 | + Email/Text: Mercury@ebn.phinsolutions.com | Jan 12 2023 22:27:00 | Mercury/FBT, Attn Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 19275939 | + Email/Text: electronicbkydocs@nelnet.net | Jan 12 2023 22:27:00 | Nelnet, Attn Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 19281580 | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2023 22:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 19275947 | + Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 22:31:37 | Syncb/Nautilus, Attn Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 19276880 | + Email/PDF: gecsedi@recoverycorp.com | Jan 12 2023 22:31:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19275927 | *+ | Capital One, Attn Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 19275933 | *+ | Credit One Bank, Attn Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 19275935 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centeralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114 |
| 19275929 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 19288799 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 19275940 | *+ | Nelnet, Attn Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 19275941 | *+ | Nelnet, Attn Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 19275942 | *+ | Nelnet, Attn Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 19275944 | *+ | Office of Education, Student Loan Program, 50 United Nations Plazq, San Francisco, CA 94102-4918 |
| 19275945 | *+ | Office of Education, Student Loan Program, 50 United Nations Plazq, San Francisco, CA 94102-4918 |
| 19275946 | *+ | Office of Education, Student Loan Program, 50 United Nations Plazq, San Francisco, CA 94102-4918 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 1082-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 12, 2023 | Form ID: 100 | Total Noticed: 24

Adam M Goodman
    mail@ch13colorado.com agoodman13@ecf.epiqsystems.com

Andrew F. McKenna
    on behalf of Debtor Mark Anthony Romero amckenna@afmlaw.net rwhiteparalegal@yahoo.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 3

(COB #100 voConfPlan)(12/17)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Elizabeth E. Brown

In re:

    Mark Anthony Romero

Debtor(s)

Case No.: 22−13746−EEB
Chapter: 13

SSN/TID Nos.   xxx−xx−7026

### ORDER CONFIRMING *AMENDED* CHAPTER 13 PLAN

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING:

1. That the plan complies with Chapter 13 and all other applicable provisions of Title 11, United States Code;
2. That any fee, charge, or amount required under Chapter 123 of Title 28, United States Code, or by the plan, to be paid before confirmation has been paid;
3. That the action of the debtor(s) in filing the petition was in good faith;
4. That the plan has been proposed in good faith and not by any means forbidden by law;
5. That the value, as of the effective date of the plan, of property to be distributed under the Plan on account of each unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7 of Title 11, United States Code on such date;
6. That the Plan complies with the provisions of 11 U.S.C. § 1325(a)(5) as to holders of secured claims; and
7. That pending motions for valuation of real property collateral and determination of secured status under U.S.C. § 506, if any, have been provided for by separate court order.

**IT IS ORDERED:**

*The Debtor(s)' AMENDED Plan filed on 12/19/2022 at (docket no. 22 ) is confirmed;*

The Debtor(s) must make payments in accordance with the terms of the plan.

Creditors holding liens on property which the plan specifies is to be surrendered by the Debtor(s) are hereby granted relief from the stay imposed by 11 U.S.C. § 362 and may enforce their rights in and to said property.

The assumption of executory contracts on the terms stated in the plan is approved. If the plan provides for the rejection of an executory contract or unexpired lease, the party to the rejected executory contract or lease must file a proof of claim within 30 days of the date of the entry of this Order, failing which the claim may be barred.

The Presumptively Reasonable Fee pursuant to L.B.R. 2016−3(a) is APPROVED and payable to the extent provided for in the plan.

Any hearing on confirmation is VACATED.

This order binds those creditors and parties in interest that have been served in accordance with applicable rules.

Dated: 1/12/23

BY THE COURT:

s/ Elizabeth E. Brown
United States Bankruptcy Judge