ADAM M GOODMAN
CHAPTER 13 STANDING TRUSTEE
1888 SHERMAN ST., SUITE 750
DENVER, CO 80203
(303) 830-1971 Fax: (303) 830-1973

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In Re: MARK ANTHONY ROMERO

Chapter 13

Case Number: 22-13746EEB

## CHAPTER 13 TRUSTEE'S REPORT OF CLAIMS

Comes Now, Adam M. Goodman, Standing Chapter13 Trustee, and files this Report of Claims. Both the non-governmental and governmental bar dates have passed and the following proofs of claim have been filed with the U.S. Bankruptcy Court. Payments on these claims are being made in accordance with the terms and conditions of the Debtor(s)' confirmed Chapter 13 plan. Pursuant to 11 U.S.C. Section 502(a), payments on these claims shall continue unless an objection is filed with the U.S. Bankruptcy Court by a party of interest.

ANDREW F MCKENNA ESQ                $4,200.00                Debtor's Attorney
7350 EAST PROGRESS PLACE
SUITE 100
GREENWOOD VILLAGE, CO 80111-

| CLM# | Creditor's Name / Address | Claim Amt | Category |
|---|---|---|---|
| 000 | SPECIAL CLASS FOUR<br>CHAPTER 13 TRUSTEE<br>1888 SHERMAN #750<br>DENVER, CO 80203-0000 | $ 0.00<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 001 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | $ 2,312.75<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 002 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | $ 1,395.83<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |

| CLM# | Creditor's Name / Address | Claim Amt | Category |
|---|---|---|---|
| 003* | COLORADO DEPT OF REVENUE<br>BANKRPTY DEPT, RM104<br>1881 PIERCE ST.<br>LAKEWOOD, CO 80214-0000 | Distribution Source: | PRIORITY TAX<br>PLAN |
| 003* | COLORADO DEPT OF REVENUE<br>BANKRPTY DEPT, RM104<br>1881 PIERCE ST.<br>LAKEWOOD, CO 80214-0000 | $ 0.00<br>Distribution Source: | UNSECURED TAX<br>PLAN |
| 004 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CREDIT CORP SOLUTIONS INC<br>P.O. BOX 788<br>KIRKLAND, WA 98083-0788 | $ 6,219.35<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 005 | COLLEGE ASSIST<br>PO BOX 16358<br>ST PAUL, MN 55116 | $ 17,902.40<br>Distribution Source: | STUDENT LOAN<br>PLAN |
| 006 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | $ 9,102.21<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 007 | CAPITAL ONE BANK USA<br>AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | $ 5,763.49<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 008 | CAPITAL ONE BANK USA<br>AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | $ 3,158.81<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 009 | CHASE BANK USA, N.A.<br>C/O ROBERTSON, ASNCHUTZ & SCHNEID<br>6409 CONGRESS AVENUE, SUITE 100<br>BOCA RATON, FL 33487 | $ 2,751.99<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 010 | CHASE BANK USA, N.A.<br>C/O ROBERTSON, ASNCHUTZ & SCHNEID<br>6409 CONGRESS AVENUE, SUITE 100<br>BOCA RATON, FL 33487 | $ 12,536.91<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 011 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | $ 8,154.34<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 012* | IRS - U.S. TREASURY<br>PO BOX 7317<br>INSOLVENCY CH 13 COLORADO<br>PHILADELPHIA, PA 19101-7317 | $ 3,601.00<br>Distribution Source: | PRIORITY TAX<br>PLAN |
| 012* | IRS - U.S. TREASURY<br>PO BOX 7317<br>INSOLVENCY CH 13 COLORADO<br>PHILADELPHIA, PA 19101-7317 | $ 10,601.11<br>Distribution Source: | UNSECURED TAX<br>PLAN |

| CLM# | Creditor's Name / Address | Claim Amt | Category |
|------|---------------------------|-----------|----------|
| 013 | JEFFERSON CAPITAL SYSTEMS<br>PO BOX 7999<br>ST CLOUD, MN 56302 | $ 2,512.33<br>Distribution Source: | GENERAL UNSECURED<br>PLAN |
| 014 | AVENTA CREDIT UNION<br>2735 DUBLIN ROAD<br>COLORADO SPRINGS, CO 80909 | $ 4,856.19<br>Distribution Source: | AUTOMOBILE<br>DIRECT |
|  |  | TOTAL: $ 86,012.52 |  |

Dated: April 5, 2023

Visit www.ndc.org to review the Trustee's records in this case.

/s/ ADAM M GOODMAN

ADAM M GOODMAN
CHAPTER 13 STANDING TRUSTEE

DISTRICT OF COLORADO

CERTIFICATE OF SERVICE

Judge: ELIZABETH E. BROWN					Bankruptcy Case Number 22-13746EEB

ANDREW F MCKENNA ESQ  
7350 EAST PROGRESS PLACE  
SUITE 100  
GREENWOOD VILLAGE, CO  80111

MARK ROMERO  
937 DIANA ST.  
FORT MORGAN, CO 80701

    I hereby certify, under penalty of perjury under the laws of the United States, that I am over the age of eighteen years, and not a party to this action; that I am a citizen of the United States and that my business address is 1888 SHERMAN ST., SUITE 750, DENVER, CO; that I executed this Certificate of Service and served a true copy of the NOTICE OF CLAIMS RECEIVED BY THE CHAPTER 13 TRUSTEE by placing a true copy thereof; enclosed in a sealed envelope, with postage thereon fully prepaid, for deposit with the United States Postal Service, first-class postage, addressed as listed above.

Dated: April 5, 2023

/s/ ARKADY SHUSTERMAN  
Claims Administrator for ADAM M GOODMAN